UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YISSEL A. CEPEDA,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>                    Defendants. | 25 Civ. 2920 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

By separate Order today, the Court is referring this case to the designated Magistrate Judge for a report and recommendation on any dispositive motion. As the case seeks judicial review pursuant to 42 U.S.C. § 405(g), it is subject to the Supplemental Rules for Social Security Actions and to Chief Judge Swain's Standing Order Regarding Briefing of Social Security Cases, No. 22-MC-329.

In addition, in an effort to achieve a faster disposition of this matter, to conserve resources, and to promote judicial efficiency, it is hereby ORDERED that the parties shall discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the designated Magistrate Judge.

If both parties consent to proceed before the Magistrate Judge, counsel for the Defendants must, **within two weeks of the date on which the Defendants enter an appearance**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (available at https://www.nysd.uscourts.gov/node/754). The executed form should be filed using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27. If the Court approves that form, then all further proceedings will be conducted before the designated Magistrate Judge.

If either party does not consent to conducting all further proceedings before the designated Magistrate Judge, then the parties must file a joint letter, **within two weeks of the date on which the Defendants enter an appearance**, informing the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences.

      SO ORDERED.

Dated:  April 14, 2025
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge