**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
 YISSEL A. CEPEDA,

                             Plaintiff,                 25 **CIVIL** 2920 (JHR)(GS)

    -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 3, 2025, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action.

**Dated:** New York, New York

      December 4, 2025

                                    **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

                 **BY:**    _Nezam Dulal_
                           _____
                               **Deputy Clerk**